October 15, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

THOMAS BEETS AND LESLIE BEETS, Appellant

NO. 14-14-01007-CV                    V.

NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2, Appellee

_____

Today the Court heard the parties joint motion to dismiss the appeal from the judgment signed by the court below on September 26, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Thomas Beets and Leslie Beets.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.